# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Koninklijke Philips Electronics N.V. | Plaintiff, |
| -v- | |
| Cinram International Inc., Cinram Inc. Cinram Manufacturing Inc., John Does No. 1 through 100 | Defendant. |

Case No. _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Koninklijke Philips Electronics N.V.__    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Koninklijke Philips Electronics N.V.        100% ownership in Plaintiff

**Date:** January 16, 2008

Signature of Attorney

**Attorney Bar Code:** EJ-5259

Form Rule7_1.pdf  SDNY Web 10/2007