AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,
    Plaintiffs,

v.

**APPEARANCE**

CINRAM INTERNATIONAL INC.,
CINRAM INC., CINRAM
MANUFACTURING INC., and John Does
No. 1 through 100,
    Defendants.

Case Number: 08-cv-00515(CLB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    CINRAM INTERNATIONAL INC., CINRAM INC., and
    CINRAM MANUFACTURING INC.

    I certify that I am admitted to practice in this court.

| 2/22/2008 | s/ William E. Pelton |
|---|---|
| Date | Signature |
| | William E. Pelton    WP-1850 |
| | Print Name    Bar Number |
| | 1185 Avenue of the Americas, Cooper & Dunham LLP |
| | Address |
| | New York  New York  10036 |
| | City  State  Zip Code |
| | (212) 278-0400  (212) 391-0525 |
| | Phone Number  Fax Number |