AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,
    Plaintiffs,
v.

CINRAM INTERNATIONAL INC.,
CINRAM INC., CINRAM
MANUFACTURING INC., and John Does
No. 1 through 100,
    Defendants.

**APPEARANCE**

Case Number: 08-cv-00515(CLB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    CINRAM INTERNATIONAL INC., CINRAM INC., and
    CINRAM MANUFACTURING INC.

    I certify that I am admitted to practice in this court.

| 2/22/2008 | s/ Tonia A. Sayour |
|---|---|
| Date | Signature |
| | Tonia A. Sayour     TS-7208 |
| | Print Name     Bar Number |
| | 1185 Avenue of the Americas, Cooper & Dunham LLP |
| | Address |
| | New York     New York     10036 |
| | City     State     Zip Code |
| | (212) 278-0400     (212) 391-0525 |
| | Phone Number     Fax Number |