AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,

    Plaintiffs,

    v.

CINRAM INTERNATIONAL INC.,
CINRAM INC., CINRAM
MANUFACTURING INC., and John Does
No. 1 through 100,

    Defendants.

**APPEARANCE**

Case Number:  08-cv-00515(CLB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    CINRAM INTERNATIONAL INC., CINRAM INC., and
    CINRAM MANUFACTURING INC.

    I certify that I am admitted to practice in this court.

| 2/22/2008 | | s/ Gregory J. Carbo | |
|---|---|---|---|
| Date | | Signature | |
| | | Gregory J. Carbo | GC-8459 |
| | | Print Name | Bar Number |
| | | 1185 Avenue of the Americas, Cooper & Dunham LLP | |
| | | Address | |
| New York | New York | 10036 | |
| City | State | Zip Code | |
| (212) 278-0400 | | (212) 391-0525 | |
| Phone Number | | Fax Number | |