E641703    Fee Paid $75.00

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,

      Plaintiffs,

      v.

CINRAM INTERNATIONAL INC.,
CINRAM INC., CINRAM
MANUFACTURING INC., and John Does
No. 1 through 100,

      Defendants.

Civil Action No. 08-cv-515 (CLB)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed affidavit of Christopher J. Houpt of the

law firm Mayer Brown LLP, sworn to on February 26, 2008, together with the annexed exhibits,

Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, through the

undersigned, hereby moves this Court, before the Honorable Charles L. Brieant, pursuant to Rule

1.3(c) of the Local Rules of the Southern District of New York, for an Order admitting John F.

Hornick, Vincent P. Kovalick, and Samuel C. Bass, members of the Bars of Virginia (Kovalick

and Bass) and the District of Columbia (Hornick and Kovalick), to the Bar of this Court *pro hac*

*vice* for the purpose of acting as counsel to Koninklijke Philips Electronics N.V. and U.S. Philips

Corporation, and for all purposes related to the above-captioned case and for such other and

further relief as the Court may deem just and proper.

Dated:  February 26, 2008

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York  10019
(212) 506-2380
choupt@mayerbrown.com

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100, <br><br> Defendants. | Civil Action No. 08-cv-515 (CLB) <br><br> **AFFIRMATION OF CHRISTOPHER J. HOUPT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Christopher J. Houpt, a member of the Bar of this Court, hereby states under penalty of perjury:

1. I am associated with the law firm of Mayer Brown LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to admit John F. Hornick, Vincent P. Kovalick, and Samuel C. Bass *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in July 2007. I am also admitted to the Bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. John F. Hornick is a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, D.C. Mr. Hornick is a member of the Bar of the District of Columbia in good standing. Mr. Hornick is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit A is a Certificate of Good Standing to the Bar of the District of Columbia, which was issued within

30 days of the date hereof and evidences that Mr. Hornick is a member of the Bar in good standing.

4. Vincent P. Kovalick is a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, D.C. Mr. Kovalick is a member of the Bars of the District of Columbia and the Commonwealth of Virginia in good standing. Mr. Hornick is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit B is a Certificate of Good Standing to the Bar of the District of Columbia, which was issued within 30 days of the date hereof and evidences that Mr. Hornick is a member of the Bar in good standing. Attached hereto as Exhibit C is a Certificate of Good Standing to the Virginia State Bar, which was issued within 30 days of the date hereof and evidences that Mr. Hornick is a member of the Bar in good standing.

5. Samuel C. Bass is associated with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, D.C. Mr. Bass is a member of the Bar of the Commonwealth of Virginia in good standing. Mr. Hornick is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. Attached hereto as Exhibit D is a Certificate of Good Standing to the Virginia State Bar, which was issued within 30 days of the date hereof and evidences that Mr. Bass is a member of the Bar in good standing.

6.    Based on the foregoing, I respectfully request that John F. Hornick, Vincent P. Kovalick,

and Samuel C. Bass be admitted *pro hac vice* as counsel for Plaintiffs in this action.

February 26, 2008
New York, New York

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York  10019
(212) 506-2380
choupt@mayerbrown.com

Ex. A



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOHN F. HORNICK

was on the    7th    day of    December, 1984

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
February 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: _M. Charles_
        Deputy Clerk

Ex.    B



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

VINCENT P. KOVALICK

was on the    6TH    day of    FEBRUARY, 1995

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court    at    the    City    of
Washington,    D.C.,    on
February 22, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

Aldine ™ Enviro-Tab ™     Mixed Sources Cert no. SW-COC-1942  © 1996 FSC

$Ex. \ C$



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT VINCENT PETER KOVALICK IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN

GOOD STANDING.  **MR. KOVALICK** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 1988, AFTER**

SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued February 11, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

Ex. D



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT SAMUEL CUMMINGS BASS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN

GOOD STANDING.    *MR. BASS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 17, 2007, AFTER*

*SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.*

*Issued February 11, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,

      Plaintiffs,

      v.

CINRAM INTERNATIONAL INC.,
CINRAM INC., CINRAM
MANUFACTURING INC., and John Does
No. 1 through 100,

      Defendants.

Civil Action No. 08-cv-515 (CLB)

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK  )

      I, Christopher J. Houpt, a member of the Bar of this Court, hereby certify that on

Wednesday, February 27, 2008, I caused to be served upon

      Ivan Kavrukov
      COOPER & DUNHAM LLP
      1185 Avenue of the Americas
      New York, New York 10036

by hand delivery a true copy of Plaintiffs' Notice of Motion and the Affirmation of Christopher

J. Houpt.

New York, New York
February 27, 2008

_____
Christopher J. Houpt