Fee Paid $75.00  E 641715

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100,

Defendants.

Civil Action No. 08-cv-515 (CLB)

**ORDER**

This matter having been brought before the Court by Plaintiffs Koninklijke Philips Electronics N. V. and U.S. Philips Corporation, through its counsel, by motion pursuant to Local Rule 1.3(c) for an order admitting John F. Hornick, Vincent P. Kovalick, and Samuel C. Bass to the Bar of this Court *pro hac vice*, the Court being fully advised and notice to all parties given, it is hereby,

ORDERED that John F. Hornick, Vincent P. Kovalick, and Samuel C. Bass are hereby admitted to this Court *pro hac vice* for the purpose of acting as counsel to Plaintiffs Koninklijke Philips Electronics N. V. and U.S. Philips Corporation, and for all purposes related to the above-captioned case, and shall abide by the provisions of the Local Rules of this Court and be subject to the disciplinary jurisdiction of the Court pursuant to Local Rule 1.5.

February 28, 2008
White Plains, NY

So Ordered:

_____
Hon. Charles L. Brieant, U.S.D.J.