UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100, <br><br> Defendants. | Civil Action No. 08-cv-515 (CLB) <br><br> **DECLARATION OF SERVICE** |

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

John F. Hornick, an attorney admitted *pro hac vice* to practice in this Court, hereby declares as follows:

1. I am a partner with the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP, attorneys for Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in this action.

2. Counsel for the Defendants named in this action agreed to accept on their behalf service of the Summons and First Amended Complaint, effective March 3, 2008, as explained below.

3. On or about February 1, 2008, I caused a true and complete copy of the First Amended Complaint in the above-captioned case to be provided to Ivan Kavrukov, counsel for the Defendants named in this action, as an enclosure to a letter of the same date sent on my behalf.

4. On February 21, 2008 at 6:41pm, I sent Mr. Kavrukov an email, attached to which

was another true and complete copy of the First Amended Complaint in this action, and asked him to accept service on behalf of the Defendants named in this action.

5. On February 22, 2008 at 9:31am, Mr. Kavrukov responded to my February 21, 2008 email as follows: "I'll accept service on the Cinram defendants provided it is effective Monday March 3, my first day back in the office."

6. On February 22, 2008 at 2:44pm, I sent Mr. Kavrukov an email, attached to which was a true and complete copy of the Summons for the First Amended Complaint in this action. In such email, I stated as follows: "We understand that you agree to accept service of the First Amended Complaint (which we have already sent you) on behalf of Cinram International Inc., Cinram Inc., and Cinram Manufacturing Inc., effective March 3, 2008. A copy of the Summons is attached, in case you do not already have it. We will file certificates of service reflecting such acceptance of service as of March 3, 2008."

7. On February 22, 2008 at 3:19pm, Mr. Kavrukov responded to my February 22, 2008 email as follows: "Thank you for the prompt response, which accurately outlines our agreement."

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2008.

Washington, D.C.

_____
John F. Hornick