UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
KONINKLIJKE PHILIPS ELECTRONICS       :        Civil Action No.08-cv-0515
N.V. and U.S. PHILIPS CORPORATION,    :        (CLB)(MDF)
                                      :
          Plaintiffs,                 :        ECF Case
                                      :
     v.                               :
                                      :        **RULE 7.1 STATEMENT**
CINRAM INTERNATIONAL INC.,            :
CINRAM INC., CINRAM                   :
MANUFACTURING INC., and John Does     :
No. 1 through 100,                    :
                                      :
          Defendants.                 :
----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, non-governmental corporate parties, certifies that there are no corporate parents, subsidiaries or affiliates of defendants which are publicly held.

Dated: March 24, 2008                       Respectfully submitted,

                                          By: S/ Gregory J. Carbo
                                              Ivan S. Kavrukov
                                              William E. Pelton
                                              Tonia A. Sayour
                                              Gregory J. Carbo
                                              COOPER & DUNHAM LLP
                                              1185 Avenue of the Americas
                                              New York, New York 10036
                                              Telephone: (212) 278-0400
                                              ikavrukov@cooperdunham.com
                                              gcarbo@cooperdunham.com

1

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Edward D. Johnson
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>wjohnson@mayerbrown.com
>
>Vince P. Kovalick
>John F. Hornick
>Samuel C. Bass
>FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>vince.kovalick@finnegan.com
>John.Hornick@finnegan.com
>Samuel.Bass@finnegan.com
>
>Christopher J. Houpt
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>choupt@mayerbrown.com

>S/ Gregory J. Carbo
>Gregory J. Carbo