# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

March 26, 2008

**Christopher J. Houpt**
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

BY FAX

The Honorable Charles L. Brieant
United States District Court
 for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re:   *Koninklijke Philips Electronics N.V. et al. v.*
      *Cinram International Inc. et al.* (08 Civ. 0515)

Dear Judge Brieant:

   As your Clerk instructed after the March 7, 2008 hearing, the parties are electronically filing the following documents today:

   1.   Civil Case Discovery Plan and Scheduling Order;

   2.   Supplemental Rule 26(f) Report and Stipulated Scheduling Order, and Exhibit A thereto.

   The parties have reached agreement on all issues that would otherwise need to be addressed by the Court during the March 28, 2008 Scheduling Conference in this case. Further to your Clerk's instructions, because the parties are filing these documents, they will not be attending the March 28, 2008 Scheduling Conference.

Respectfully submitted,

*/s/ Christopher Houpt*

Christopher J. Houpt

cc:   Ivan Kavrukov

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).