UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100,<br><br>    Defendants and Counterclaim Plaintiffs. | ECF Case<br><br>Civil Action No. 08 CV 00515 (CLB)(MDF)<br>The Honorable Charles L. Brieant<br><br>**NOTICE OF MOTION AND PHILIPS' MOTION TO DISMISS CINRAM'S PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS AND TO DROP PHILIPS INTELLECTUAL PROPERTY STANDARDS AS A COUNTERCLAIM DEFENDANT** |

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Philips' Motion to Dismiss, the Declarations of Samuel Cunningham Bass and Edward D. Johnson and exhibits thereto that accompany this Notice, and all papers and pleadings previously filed herein, Plaintiffs and Counterclaim Defendants Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, by their undersigned counsel, will move this Court, on May 22, 2008, or as soon thereafter as counsel may be heard, at the United States Courthouse located at 300 Quarropas Street in White Plains, New York, before the Honorable Charles L. Brieant, United States District Judge, for an Order pursuant to Rules 12(b)(6) and 21 of the Federal Rules of Civil Procedure granting Philips' Motion to Dismiss Cinram's Patent Misuse and Tortious Interference Counterclaims and to Drop Philips Intellectual Property Standards as a Counterclaim Defendant, and for such other and further relief as this Court deems just and proper.

44046451.1

Date:  April 23, 2008          /s/  Edward D. Johnson
                                            Edward D. Johnson (EJ5259)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, NY  10019
Tel: (212) 506-2380
Fax: (212) 849-5830

Vince P. Kovalick (*pro hac vice*)
John F. Hornick (*pro hac vice*)
Samuel C. Bass (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*