## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2008, I electronically filed the foregoing **PHILIPS' MOTION TO DISMISS CINRAM'S PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS AND TO DROP PHILIPS INTELLECTUAL PROPERTY STANDARDS AS A COUNTERCLAIM DEFENDANT** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

    Ivan Kavrukov
    William E. Pelton
    Tonia A. Sayour
    Gregory J. Carbo
    COOPER & DUNHAM LLP
    1185 Avenue of the Americas
    New York, NY 10036
    ikavrukov@cooperdunham.com
    wpelton@cooperdunham.com
    tsayour@cooperdunham.com
    gcarbo@cooperdunham.com

    Vince P. Kovalick (*pro hac vice*)
    John F. Hornick (*pro hac vice*)
    Samuel C. Bass (*pro hac vice*)
    FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    Christoper J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, NY 10019
    choupt@mayerbrown.com

                                       /s/ Edward D. Johnson
                                           Edward D. Johnson (EJ5259)

44046481.1