# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

April 30, 2008

**Christopher J. Houpt**
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

The Honorable Charles L. Brieant
United States District Court
 for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re:　*Koninklijke Philips Electronics N.V. et al. v.*
　　　*Cinram International Inc. et al.* (08-CV-00515)
　　　(CLB) (MDF)

Your Honor:

We are counsel to the Philips plaintiffs in the above-captioned action.

As requested by Chambers, we write to confirm that the return date and hearing on plaintiffs' Motion to Dismiss certain counterclaims currently is set for May 23 at 10 a.m. We have advised defendants of this change in schedule.

Respectfully,

*/s/ Christopher J. Houpt*
Christopher J. Houpt

cc:　Ivan Kavrukov

Mayer Brown LLP operates in combination with our associated English limited liability partnership and Hong Kong partnership (and its associated entities in Asia).

** TOTAL PAGE.02 **
APR-30-2008　17:41　　　　　　　96%　　　　　　　P.02