VIA FACSIMILE

# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

May 1, 2008

Christopher J. Houpt
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

The Honorable Charles L. Brieant
United States District Court
　for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re:　*Koninklijke Philips Electronics N.V. et al. v.
　　　Cinram International Inc. et al.* (08-CV-00515)
　　　(CLB) (MDF)

Your Honor:

We are counsel to the Philips plaintiffs in the above-captioned action.

We write to request that, in order to accommodate the schedules of counsel, the hearing on the plaintiffs' Motion to Dismiss be adjourned from its current date of May 23 to June 13. All parties consent to this request.

Respectfully submitted,

Christopher J. Houpt

cc:　Ivan Kavrukov (via fax)



Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).