CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2008, I electronically filed the foregoing NOTICE OF MOTION AND DEFENDANTS' MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEFENDANT CINRAM'S MEMORANDUM OF LAW IN SUPPORT OF (1) MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER, AND (2) OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS; and DECLARATION OF GREGORY J. CARBO with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Edward D. Johnson
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>wjohnson@mayerbrown.com

>Vince P. Kovalick
>John F. Hornick
>Samuel C. Bass
>FINNEGAN, HENDERSON, FARABOW,
>   GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>vince.kovalick@finnegan.com
>John.Hornick@finnegan.com
>Samuel.Bass@finnegan.com

>Christopher J. Houpt
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>choupt@mayerbrown.com

>/s/ William E. Pelton
>William E. Pelton