# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

May 30, 2008

BY FAX

Christopher J. Houpt
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

The Honorable Charles L. Brieant
United States District Court
 for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

**MEMO ENDORSED**

Application granted
so ordered
Charles L. Brieant
6/2/2008    USDJ

Re: *Koninklijke Philips Electronics N.V. v. Cinram International Inc.* (08-cv-515) – Motion for Leave to File Second Amended Answer

Your Honor:

We represent the Philips plaintiffs in the above-captioned matter. We write in reference to the pending motion for leave to file a Second Amended Answer.

The parties have stipulated and agreed that, with leave of the Court, Philips's time to file its response to that motion is extended from its current date (today, Friday, May 30) until Tuesday, June 3.

We respectfully request that the Court grant this request.

Respectfully submitted,

Christopher J. Houpt

cc: Ivan Kavrukov (by fax)

SO ORDERED:

_____
Brieant, U.S.D.J.

Mayer Brown LLP operates in combination with our associated English limited liability partnership and Hong Kong partnership (and its associated entities in Asia).