UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KONINKLIJKE PHILIPS ELECTRONICS, N.V.

                Plaintiff,

    - against -

CINRAM INTERNATIONAL INC.
                Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 00515 (CLB)(MDF)

    The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

\_\_ Settlement*

\_X\_ All Purposes

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_ Habeas Corpus

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
_____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          June 26, 2008

*Charles L. Brieant* (signature)
_____
United States District Judge