UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100,<br><br>    Defendants and Counterclaim Plaintiffs. | Civil Action No.<br>08 CV 00515 (CLB)(MDF)<br><br>Magistrate Judge Mark D. Fox |

**NOTICE OF PHILIPS' MOTION TO DISMISS CINRAM'S SECOND AMENDED PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS**

    PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively "Philips") move to dismiss the amended counterclaim for patent misuse and the two amended counterclaims for tortious interference with a business relationship filed by Cinram International Inc., Cinram Inc., and Cinram Manufacturing Inc.  In support of this motion, Philips relies on the Declaration of Samuel Cummings Bass and the accompanying memorandum of law in support of Philips' Motion to Dismiss.  Philips also requests a hearing on this motion.

    WHEREFORE, Philips respectively prays that the Court dismiss with prejudice the amended counterclaim for patent misuse and the two amended counterclaims for tortious

interference with a business relationship for failure to state a claim upon which relief can be granted, and that it grant such other relief as it deems just and proper.

Date:   August 4, 2008      /s/ Christopher J. Houpt
Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

Vince P. Kovalick (*pro hac vice*)
John F. Hornick (*pro hac vice*)
Samuel C. Bass (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*