# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

August 6, 2008

**BY FAX**

Christopher J. Houpt
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

The Honorable Cathy Seibel
United States District Court for the
 Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Koninklijke Philips Electronics v. Cinram International Inc.* (08-cv-515) – withdrawal of motion to dismiss counterclaims

Your Honor:

In response to the call we received from chambers, I write to confirm that the Motion to Dismiss Counterclaims (Document 21), filed on April 23, 2008, should be terminated. Plaintiffs agreed to withdraw that motion upon the Court's granting defendants' motion for leave to amend. A Motion to Dismiss the amended counterclaims (Document 44), filed August 4, should still be pending.

Respectfully submitted,

*Christopher J. Houpt*

cc: Ivan Kavrukov, Esq. (by fax)

---

**MEMO ENDORSED**

Application Granted — Term. motion Doc #21.
So Ordered.
*Cathy Seibel* 8/20/08
USDJ

---

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).