UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, : <br><br> Plaintiffs, : <br><br> v. : <br><br> CINRAM INTERNATIONAL INC., CINRAM INC., CINRAM MANUFACTURING INC., and John Does No. 1 through 100, : <br><br> Defendants. : | Civil Action No.08-cv-0515 (CS)(MDF) <br><br> ECF Case |

**DECLARATION OF TONIA A. SAYOUR IN OPPOSITION TO PHILIPS' MOTION TO DISMISS PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS**

I, Tonia A. Sayour, declare as follows:

1. I am an attorney in the law firm of Cooper & Dunham LLP, attorneys for the defendants in this action, Cinram International Inc., Cinram Inc. and Cinram Manufacturing Inc., all of whom are collectively referred to as the "Cinram." I am a member in good standing of the bar of the State of New York and of this Court. I make this declaration in support of Cinram's' Memorandum In Opposition To Philips' Motion To Dismiss Patent Misuse And Tortious Interference Counterclaims.

2. Attached as Exhibit 1 is a true and correct copy of an April 15, 2008 email from Mr. John Hornick, counsel for Plaintiffs, to Mr. Gregory Carbo, counsel for Defendants.

3. Attached as Exhibit 2 is a true and correct copy of an April 15, 2008 email from Mr. Gregory Carbo, counsel for Defendants, to Mr. John Hornick, counsel for Plaintiffs.

- 1 -

- 2 -

4.      Attached as Exhibit 3 is a true and correct copy of an April 18, 2008 email from Mr. Ivan Kavrukov, counsel for Defendants, to Mr. John Hornick, counsel for Plaintiffs.

5.      Attached as Exhibit 4 is a true and correct copy of a letter from Mr. William Lenihan to Eagles Recording Company dated January 31, 2008.

6.      Attached as Exhibit 5 is a true and correct copy of an email from Mr. William Lenihan to Ms. Ann Heefner dated February 13, 2008.

7.      On information and belief, orders from Eagles Recording Company to Cinram for compact discs have significantly decreased since January 31, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  August 28, 2008                                   s/ Tonia A. Sayour
                                                                        Tonia A. Sayour

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 28th day of August, 2008, a copy of the foregoing **DECLARATION OF TONIA A. SAYOUR IN OPPOSITION TO PHILIPS' MOTION TO DISMISS PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    Attorneys for Plaintiffs

                                              s/ Tonia A. Sayour
                                              Tonia A. Sayour

# EXHIBIT 1

-----Original Message-----
**From:** Hornick, John [mailto:John.Hornick@finnegan.com]
**Sent:** Tuesday, April 15, 2008 7:14 PM
**To:** Gregory Carbo
**Cc:** Bass, Samuel; Kovalick, Vince; Ivan S. Kavrukov; Maria Arap
**Subject:** RE: Philips cases

Dear Greg:

We cannot accept service for Philips Intellectual Property Standards because it is not a legal entity with an independent existence.  Accordingly, Philips asks that Cinram voluntarily drop Philips Intellectual Property Standards from the Amended Counterclaims.  If not, Philips will move to dismiss.

We will address your question about the Texas cases in a separate email soon.

Sincerely,

John

# EXHIBIT 2

-----Original Message-----
**From:** Gregory Carbo
**Sent:** Tuesday, April 15, 2008 7:46 PM
**To:** 'Hornick, John'
**Cc:** Bass, Samuel; Kovalick, Vince; Ivan S. Kavrukov; Aileen Aurich
**Subject:** RE: Philips cases

Dear John:

We will voluntarily drop Philips Intellectual Property Standards from the Amended Counterclaims provided that you tell us which Philips entity it is a part of. As you know, there also several Defendants named in the Texas suits who likewise do not have any independent existence. We ask that Philips voluntarily drop those defendants from the Texas complaints.

Separately, all of the Defendants whom we represent in the related Texas actions filed a Motion For Transfer of Venue today, requesting that Judge Crone transfer the Texas cases to the S.D.N.Y. As the resolution of the Motion For Transfer may obviate the need to move forward with these cases in Texas, these Defendants ask that Philips agree to extend the deadline to file an Answer to Philips' complaints by 30 days so that the Court will first have the opportunity to rule on the Motion For Transfer. This would make the Answer due on May 21, 2008 for these Defendants. Please let me know if Philips agrees to this extension.

Sincerely,
Greg

# EXHIBIT 3

-----Original Message-----
**From:** Ivan S. Kavrukov
**Sent:** Friday, April 18, 2008 1:21 PM
**To:** 'Hornick, John'; Gregory Carbo
**Cc:** Bass, Samuel; Kovalick, Vince; Aileen Aurich; Spencer, Jennifer
**Subject:** RE: Philips cases

Dear John:

I'm responding to your email of last night to Greg Carbo, copied to me.

1.  **Dismissal of Philips IP Standards:**

Based on your representation that Philips IP Standards is not a corporate entity, we will dismiss it, as Greg Carbo emailed you on April 15, 2008.

The discovery we have served will in due time disclose the place of Philips IP Standards in the corporate structure, but we again ask you to tell us now what corporate entity encompasses Philips IP Standards.

2.  **Adding principals and customers as defendants:**

The defendants that we represent would oppose the addition of individuals and customers as defendants. We see no justifiable need or reason for such additions.

3.  **Due date for answers in the Texas cases:**

Thank you for agreeing to extend the due date to respond to the Texas complaints.

We understand that there is a special procedure in Beaumont for stipulated extensions and have asked our local counsel today to work with yours on following it (and hope you have alerted your local counsel).

4.  **Time extension for document responses in SDNY case:**

Attached is a proposed stipulation extending each side's time by two weeks, signed for defendants. Please sign for plaintiffs and return by email.

We appreciate your undertaking to produce the Rubenstein-related documents as quickly as possible. Please specify a date by which plaintiffs will produce the documents related to the assessment whether the '846 patent was "essential." This should not be a large volume.

5.  **Transfer of the Texas cases to the SDNY:**

We appreciate your consideration of transfer of the Texas cases to the SDNY and would welcome plaintiffs' consent. Today we learned from counsel for Music City that he would

support transfer. We understand that Eva-Tone has not been served; perhaps you know its position on transfer.

We think a conference with Judge Brieant at this time would be premature. We would be asking Judge Brieant for advisory decisions on an issue that is not before him. Moreover, while we believe that Judge Crone should rule for transfer, particularly if the parties consent, it still is her decision to make, not ours and not Judge Brieant's.

Regarding the schedule in the NY case, we would work with you to agree on an expeditions schedule should the transfer take place, but think it would be unrealistic to expect the exact same schedule with a dozen more defendants in the case. We accepted service of the NY complaint on March 6 but the Texas complaints had not all been served until we accepted service on March 31. The NY case is moving along but already there is a two-week slippage to respond to document requests and possible further delays should plaintiffs engage in rolling production.

We suggest that if plaintiffs consent to transfer we both try to get an indication ASAP that Judge Crone would transfer and then promptly work on a proposed schedule and seek a conference with Judge Brieant.


Ivan Kavrukov
Cooper & Dunham LLP
1185 Avenue of the Americas, 23rd Floor
New York, New York  10036
Direct tel. (212)278-0432
Direct Fax  (212)391-7550
Mobile     (917)945-0121

# EXHIBIT 4

# PHILIPS

**Philips Intellectual Property & Standards**

January 31, 2008

**RECEIVED**
**FEB 0 5 2008**
BOULEVARD MANAGEMENT

Eagles Recording Company
21731 Ventura Boulevard
Suite 300,
Woodlands Hills, CA 91364
Chantilly, VA 20151

Re:  *Philips' Intellectual Property Rights Covering CD and DVD Products*

Dear Sir or Madame:

We represent Koninklijke Philips Electronics, N.V., U.S. Philips Corporation and their related companies (collectively, "Philips") and write regarding your companies' purchase and sale of Compact Discs (CD Discs").

As you may know, Philips administers worldwide joint licensing programs for essential patents covering CD and DVD disc technologies. Every CD, CD-R/RW, DVD, DVD-R/RW and player and disc made, used, offered for sale, sold or imported into the United States or Canada is covered by these essential patents. A list of patents infringed by CD discs is attached to this letter, placing you and your company on notice of these patents in accordance with 35 U.S.C. § 287.

Philips is informed that your company, the Eagles Recording Company, purchased and sold CD Discs made from manufacturers who do not pay Philips CD Disc royalties and therefore is selling and trading in unlicensed products. Philips wishes to advise you that under 35 U.S.C. § 271, companies such as the Eagles Recording Company that sell unlicensed products are infringers of patents belonging to Philips and others.

For example, we specifically call your attention to the fact that United States Philips Corporation is the owner of U.S. Patents 5,790,512 ("the '512 Patent"), entitled "Optical Information Carrier". Please also note U.S. Patent No. 5,068,846, entitled "Reflective, Optical Record Carrier," relating to the CD Systems ("the '846 patent"). Therefore, under 35 U.S.C. § 271, companies that make,



Philips Electronics North America Corporation    Tel: (914) 945-6000
345 Scarborough Road                              Fax: (914) 332-0615
P.O. Box 3001
Briarcliff Manor, NY 10510-8001

Eagles Recording Company
January 31, 2008
Page 2

use, offer to sell, sell and or import unlicensed CD discs into the United States infringe upon these patents and are subject to liability, including enhanced damages for willful patent infringement and liability for Philips' attorneys' fees.

This Philips website will also provide you with more information about the worldwide joint licensing programs and a list of essential patents (www.licensing.philips.com).

Philips demands that the Eagles Recording Company immediately cease and desist from selling or trading in unlicensed CD's and provide an accounting of and payment of royalties for all unlicensed CD discs sold or otherwise disposed of by your company. We expect to receive written confirmation of your willingness to cease such infringing conduct **within ten (10) days** of receipt of this notice.

Kindly be advised that nothing contained in this letter shall constitutes a waiver of any rights or remedies that Philips may have against the Eagles Recording Company and all such rights and remedies whether in law or equity, arising under state, federal or other law, are hereby expressly reserved.

Very truly yours,

William J. Lenihan

Enclosures:

Optical Media Disc Patent List

N:\s&l\company documents\Eagles Recording Company-trader let-012808

**U.S. and Canada Optical Media Disc Patents**

**U.S. Patents** (patent numbers and expiry dates/ * indicates "Non-essential" patents)

Royal Philips Electronics N.V., U.S. Philips and Sony patents infringed by CD disc products

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5021879* | Apr 25, 2008 | 5390159* | Feb 14, 2012 | 5684786* | Nov 04, 2014 | 5754521* | Dec 14, 2015 | 5859821* | Oct 30, 2016 |
| 5068846 | Nov 26, 2008 | 5587979* | Jan 17, 2009 | 5699476* | Dec 16, 2014 | 5778257* | Jan 29, 2016 | 5878019* | Mar 02, 2016 |
| 5305301 | Apr 19, 2011 | 5606539* | Feb 25, 2014 | 5740310* | Apr 14, 2015 | 5798990* | Sep 16, 2016 | | |
| 5341356* | Jan 07, 2012 | 5608697 | Mar 04, 2014 | 5745454* | Sep 20, 2016 | 5825731* | Nov 27, 2016 | | |
| | | 5661715* | Oct 20, 2014 | 5745641* | Apr 28, 2015 | 5844867* | Dec 01, 2015 | | |

Royal Philips Electronics N.V., U.S. Philips, Sony and Pioneer patents infringed by DVD Video, DVD Audio, DVD ROM and DVD RAM disc products

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4961077 | Feb 19, 2008 | 5530655 | June 01, 2010 | 5677903 | Oct 14, 2014 | 5841753 | Apr 18, 2012 | 5991715 | Nov 23, 2016 |
| 4972484 | Nov 20, 2007 | 5539829 | Jun 01, 2010 | 5696505 | Feb 08, 2015 | 5850456 | Feb 06, 2017 | 6023490 | Apr 09, 2017 |
| 5068846 | Nov 26, 2008 | 5544247 | Oct 25, 2014 | 5740317 | Apr 14, 2015 | 5864530 | Dec 29, 2013 | 6289308 | Jun 01, 2010 |
| 5214678 | May 31, 2010 | 5605782 | Dec 22, 2014 | 5790056 | Aug 30, 2015 | 5878080 | Feb 07, 2017 | 6301389 | Jan 30, 2016 |
| 5323396 | Jun 01, 2010 | 5606618 | Jun 01, 2010 | 5790512 | Dec 22, 2014 | 5920272 | Feb 08, 2015 | 6370102 | Dec 18, 2015 |
| 5481643 | Mar 18, 2013 | 5610985 | Jan 21, 2014 | 5818943 | Oct 25, 2014 | 5920874 | Nov 16, 2015 | 6388962 | Nov 16, 2015 |
| 5511057 | Dec 29, 2013 | 5642113 | Feb 15, 2015 | 5838696 | Feb 16, 2015 | 5960037 | Apr 09, 2017 | | |

Royal Philips Electronics N.V., U.S. Philips, Sony and Taiyo Yuden patents infringed by CD-Recordable (CD-R) and CD-ReWritable (CD-RW) disc products

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4413340 | May 20, 2011 | 5023856 | Jun 11, 2008 | 5418764 | May 23, 2012 | 5745454* | Sep 20, 2016 | 5878019* | Mar 02, 2016 |
| 4940618 | Jul 10, 2007 | 5068846 | Nov 26, 2008 | 5587979* | Jan 17, 2009 | 5745641* | Apr 28, 2015 | RE34719 | Jul 29, 2008 |
| 4942565 | Sep 28, 2007 | 5080946 | Jan 14, 2009 | 5606539* | Feb 25, 2014 | 5754521* | Dec 14, 2015 | | |
| 4962493 | Oct 09, 2007 | 5090009 | Feb 18, 2009 | 5608697 | Mar 04, 2014 | 5778257* | Jan 29, 2016 | | |
| 4972401 | Nov 20, 2007 | 5126994 | Nov 21, 2009 | 5654947 | Aug 05, 2014 | 5798990* | Sep 16, 2016 | | |
| 4990388 | Feb 05, 2008 | 5155723 | Oct 13, 2009 | 5661715* | Oct 20, 2014 | 5825731* | Nov 27, 2016 | | |
| 4999825 | Nov 01, 2008 | 5305301 | Apr 19, 2011 | 5684786* | Nov 04, 2014 | 5835462 | Sep 30, 2016 | | |
| 5021879* | Apr 25, 2008 | 5341356* | Jan 07, 2012 | 5699476* | Dec 16, 2014 | 5844867* | Dec 01, 2015 | | |
| | | 5390159* | Feb 14, 2012 | 5740310* | Apr 14, 2015 | 5859821* | Oct 30, 2016 | | |

Royal Philips Electronics N.V., U.S. Philips, Sony, Hewlett-Packard and Pioneer patents infringed by DVD+R, DVD+RW, DVD-R, and DVD-RW disc products

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4949332 | May 09, 2008 | 5508981 | Apr 16, 2013 | 5757733 | Jan 30, 2011 | 5920272 | Feb 08, 2015 | 6243338 | Sep 08, 2018 |
| 4962493 | Oct 09, 2007 | 5515346 | May 07, 2013 | 5790056 | Aug 30, 2016 | 5969651 | Jul 07, 2015 | 6282166 | Apr 02, 2017 |
| 4972401 | Nov 20, 2007 | 5533001 | Jul 02, 2013 | 5790512 | Dec 22, 2016 | 5970045 | Mar 17, 2017 | 6330210 | Apr 29, 2019 |
| 5001692 | Apr 08, 2008 | 5587990 | Jan 30, 2011 | 5805564 | May 29, 2016 | 5978351 | Dec 02, 2017 | 6388962 | Nov 16, 2015 |
| 5025435 | May 09, 2008 | 5605782 | Dec 22, 2014 | 5818367 | July 07, 2015 | 5987066 | Dec 03, 2016 | 6526005 | April 29, 2022 |
| 5060219 | Dec 20, 2008 | 5610880 | Jan 30, 2011 | 5835462 | Sep 30, 2016 | 6046968 | Apr 04, 2017 | 6538982 | Jan 24, 2020 |
| 5068846 | Nov 26, 2008 | 5629924 | Nov 07, 2014 | 5838656 | Jan 30, 2011 | 6047397 | Feb 16, 2015 | RE37428 | Feb 12, 2012 |
| 5150354 | Oct 31, 2009 | 5642113 | Feb 15, 2015 | 5838696 | Feb 16, 2015 | 6075761 | Apr 02, 2017 | | |
| 5293293 | Mar 8, 2011 | 5654947 | Aug 05, 2014 | 5898655 | Jun 24, 2016 | 6181672 | Oct 18, 2019 | | |
| 5418764 | May 23, 2012 | 5682365 | Oct 28, 2014 | 5901123 | Jan 08, 2017 | 6219308 | Jan 30, 2011 | | |
| 5488605 | Feb 24, 2014 | 5696505 | Feb 08, 2015 | 5917857 | Dec 12, 2014 | 6236804 | Feb 26, 2017 | | |

Royal Philips Electronics N.V., U.S. Philips and Sony patents infringed by SACD disc products

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5068846 | Nov 26, 2008 | 5696505 | Feb 08, 2008 | 5838696 | Feb 16, 2015 | 5989670 | Apr 09, 2016 | 6229463 | Mar 15, 2019 |
| 5305301 | Apr 19, 2011 | 5732065 | Sep 04, 2016 | 5850456 | Feb 06, 2017 | 5995493 | May 07, 2017 | 6266368 | Jan 15, 2018 |
| 5508981 | Apr 16, 2013 | 5745454* | Sep 20, 2016 | 5859821* | Oct 30, 2016 | 6005837 | May 18, 2018 | 6269338 | Sep 25, 2017 |
| 5511057 | Dec 29, 2013 | 5790056 | Aug 30, 2016 | 5864530 | Dec 29, 2013 | 6014364 | Dec 21, 2015 | 6275176 | Mar 18, 2019 |
| 5515346 | May 07, 2013 | 5790512 | Dec 22, 2014 | 5872755 | Nov 18, 2016 | 6023490 | Apr 09, 2017 | 6275457 | Apr 01, 2019 |
| 5587979* | Jan 17, 2009 | 5798990* | Sep 16, 2016 | 5878080 | Feb 07, 2017 | 6026069 | Dec 29, 2013 | 6285301 | Mar 16, 2019 |
| 5587990 | Jan 30, 2011 | 5805564 | May 29, 2016 | 5920272 | Feb 08, 2015 | 6041302 | Nov 10, 2017 | 6289306 | Nov 07, 2017 |
| 5605782 | Dec 22, 2014 | 5818367 | Jul 07, 2015 | 5920874 | Nov 16, 2015 | 6047397 | Feb 16, 2015 | | |
| 5610880 | Jan 30, 2011 | 5825731 | Nov 27, 2016 | 5960037 | Apr 09, 2017 | 6076062 | Dec 09, 2016 | | |
| 5689497 | Oct 11, 2016 | 5828648 | Dec 21, 2015 | 5966367 | Dec 21, 2015 | 6144320 | Mar 19, 2019 | | |

**Canadian Patents** (patent numbers and expiry dates/* indicates "Non-essential" patents)

Royal Philips Electronics N.V. and Sony patents infringed by CD disc products

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1280208 | Feb 12, 2008 | 2036585* | Feb 19, 2011 | 2064511* | Mar 31, 2012 | 1322593* | Sep 28, 2010 |
| 2043670* | May 31, 2011 | 2335403 | May 31, 2011 | | | | |

Royal Philips Electronics N.V., Sony and Pioneer patents infringed by DVD Video, DVD Audio, DVD ROM and DVD RAM disc products

| | | | | | |
|---|---|---|---|---|---|
| 1320571 | Jul 20, 2010 | 2043670* | May 31, 2011 | 2335403 | May 31, 2011 |

Royal Philips Electronics N.V., Sony and Taiyo Yuden patents infringed by CD-Recordable (CD-R) and CD-ReWritable (CD-RW) disc products

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1280208 | Feb 12, 2008 | 1331807 | Aug 30, 2011 | 1332466 | Oct 11, 2011 | 2043670* | May 31, 2011 |
| 1326710 | Feb 01, 2011 | 1322593* | Sep 28, 2010 | 2021026 | Jul 05, 2012 | 2335403 | May 31, 2011 |
| 2036585* | Feb 19, 2011 | | | | | | |

Royal Philips Electronics N.V., Sony, Hewlett-Packard and Pioneer patents infringed by DVD+R, DVD+RW, DVD-R, and DVD-RW disc products

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1305253 | Dec 16, 2008 | 1330591 | Jul 05, 2011 | 2002481 | Nov 08, 2009 | 2016055 | May 04, 2010 |

Royal Philips Electronics N.V. and Sony patents infringed by SACD disc products

| | | | |
|---|---|---|---|
| 1207443 | Jul 08, 2008 | 1322593* | Sep 28, 2010 |

Note: This list is subject to revision. Updated patent lists may be found at http://www.ip.philips.com.

# EXHIBIT 5

**From:** William Lenihan [mailto:william.lenihan@philips.com]
**Sent:** Wednesday, February 13, 2008 10:37 AM
**To:** Heefner, Ann
**Subject:** Re: H&R Block

Dear Ms. Heefer-

All CD discs manufactured by Zomax go unreported / unpaid and therefore infringe the essential Philips CD Disc patent. Last month, Philips filled litigation against Zomax for patent infringement / breach of contract.

I will forward a copy of that court filling / litigation for your reference.

Any CD Disc produced by Sony DADC is considered Licensed and in good standing.

To that end, we can offer H&R Block assistance in directing you to other Licensed replicators in good standing.

Philips will protect it's patent rights to the fullest the law and may ultimately look to H&R Block to resolve the unpaid royalties for discs manufactured on your behalf by Zomax.

To our knowledge, Zomax ceased to report / pay royalties on CD Disc at or around the middle of 2006.

Please feel free to call to further discuss.

regards,

William J. Lenihan
Director
Philips Intellectual Property & Standards
P.O.Box 3001
345 Scarborough Road
Briarcliff Manor, New York, 10510-8001
Phone: (914) 333-9622
Fax: (914) 332-0615
Intranet:pww.ips.philips.com
Internet:www.ip.philips.com