UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**CINRAM INTERNATIONAL INC., et al.**<br><br>**THE ADS GROUP, et al.**<br><br>**ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC, et al.**<br><br>**OPTICAL EXPERTS MANUFACTURING INC., et al.**<br><br>    Defendants. | Civil Action Nos.<br><br><br><br>08 CV 00515 (RGS)<br><br>08 CV 04068 (RGS)<br><br>08 CV 04070 (RGS)<br><br><br>08 CV 04071 (RGS)<br><br><br>ECF Cases |

**PLAINTIFFS' IDENTIFICATION OF CLAIM TERMS REQUIRING CONSTRUCTION**

Pursuant to the Court's May 29, 2009 Scheduling Order, Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation provide the following identification of claim terms/phrases requiring construction and the proposed construction of those terms.

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 1** | **Proposed Claim Construction** |
| A record carrier containing information which is readable by a beam of radiation, | |
| said record carrier comprising a disc shaped, radiation-transmitting substrate having a pair of planar surfaces on opposite sides thereof, | **"planar"** means relatively flat. |
| a non-transmissive, radiation reflecting optical structure on one of said planar surfaces of said substrate, | **"non-transmissive, radiation reflecting optical structure"** means an optical structure that reflects radiation for reading the information but does not also transmit radiation for reading the information. |
| said optical structure comprising a plurality of adjacent circular tracks extending about the | |

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 1** | **Proposed Claim Construction** |
| center of said substrate and defining turns of a spiral or concentric circles spaced from each other in the radial direction, | |
| each circular track having a plurality of depressions in said one surface of said substrate, said depressions being spaced apart in the track direction by intermediate areas, and | |
| a reflective layer extending over said intermediate areas and said depressions | |
| so that upon illumination by a convergent beam of radiation which is projected on and enters through the other of said planar surfaces and which passes through said substrate and is focussed on said optical structure to a spot of a size of the order of the smallest detail of said optical structure, | |
| the radiation is modulated by said depressions and intermediate areas in accordance with the sequence thereof and the modulated radiation is reflected by said reflective layer towards and exits through said other planar surface, | |
| said substrate defining a substantially rigid support for said optical structure and having a thickness such that in the plane of said other surface, which forms the entrance and exit faces for the radiation, the diameter of the beam is sufficiently larger than the diameter of said spot so that dust particles, scratches and the like on said other surface, do not interfere with readout of information by the convergent beam focussed to said spot on said optical structure, and | |
| an additional layer secured to the side of said substrate remote from said other surface, said optical structure being disposed between said substrate and said additional layer so that it is protected from damage during handling. | |

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 2** | **Proposed Claim Construction** |
| The record carrier according to claim 1 wherein said depressions are pressed into said one surface of said substrate and said reflective layer is metallic and is deposited on said one surface. | |

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 3** | **Proposed Claim Construction** |
| The record carrier according to claim 1 or 2 wherein the thickness of said additional layer is substantially smaller than the thickness of said substrate. | |

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 4** | **Proposed Claim Construction** |
| The record carrier according to claim 2 wherein said reflective, metallic layer is deposited on said one surface from vapour. | |

| U.S. Patent No. 5,068,846 ||
|---|---|
| **Claim 5** | **Proposed Claim Construction** |
| The record carrier according to claim 4 wherein said additional layer is a layer of lacquer sprayed on said optical structure. | |

Date:   August 28, 2009               /s/ *Samuel C. Bass*
                                      Vince P. Kovalick (*pro hac vice*)
                                      John F. Hornick (*pro hac vice*)
                                      Samuel C. Bass (*pro hac vice*)

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2009, a copy of the foregoing **PLAINTIFFS' IDENTIFICATION OF CLAIM TERMS REQUIRING CONSTRUCTION** was served by email on the following attorneys for Defendants, addressed as follows:

> Ivan S. Kavrukov
> ikavrukov@cooperdunham.com
> William E. Pelton
> wpelton@cooperdunham.com
> Tonia A. Sayour
> tsayour@cooperdunham.com
> Gregory J. Carbo
> gcarbo@cooperdunham.com
> Cooper and Dunham, LLP
> 30 Rockefeller Plaza
> New York, New York 10112

                                            */s/ Jennifer Hibner-Spencer*
                                            Jennifer Hibner-Spencer, Paralegal