UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE DANIEL PATRICK MOYNIHAN     ORDER NO. _____
UNITED STATES COURTHOUSE
FOR USE IN A TRIAL OR PROCEEDING

-----------------------------------------------------------X

_____Richard G. Stearns_____, Judge, in connection with an action titled

Koninklijke Philips Electronics N.V., et al., v. Cinram International Inc., et al. (08 CV 515); The ADS Group, et al. (08 CV 4068); Entertainment Distribution Company (USA) LLC, et al. (08 CV 4070); Optical Experts Manufacturing Inc., et al. (08 CV 4071)

hereby authorizes the following attorney(s) to bring certain electronic equipment as described below into

the Courthouse for use in the action. The proceeding is anticipated to begin on __December 2, 2009__

and conclude on __December 2, 2009__.

| Attorney Name | Equipment Description |
|---|---|
| 1. Counsel Finnegan Henderson:<br>Vincent P. Kovalick, John F. Hornick, Samuel C. Bass | Four (4) laptop computers, Two (2) barcode readers,<br>One (1) 4-way switch, Flip chart with markers, One (1) laser pointer |
| 2. Counsel Cooper & Dunham:<br>Ivan Kavrukov, Gregory Carbo | Two (2) laptop computers, Two (2) projectors,<br>One (1) movie screen, Flip chart with markers, One (1) laser pointer |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.

By bringing equipment into the Courthouse, the attorney(s) certifies that the electronic devices(s) will not

be used to send or receive wireless transmissions, create, record, or broadcast visual images or sounds or

alternatively, that any such capability has been disabled. The attorney(s) also certifies that the device(s)

will not be used by any other person.

Dated: _____
    New York, New York

APPROVED                                                    SO ORDERED:

_____          _____
DISTRICT EXECUTIVE                               U.S.D.J.