UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

Koninklijke Philips Electronics N.V., et al.,

        Plaintiffs,

  -against-

| | |
|---|---|
| Cinram International Inc., et al. | 08 Civ 00515 (RGS) (GAY) |
| The ADS Group, et al. | 08 Civ 04068 (RGS) (GAY) |
| Entertainment Distribution Company (USA) LLC, et al. | 08 Civ 04070 (RGS) (GAY) |
| Optical Experts, et al. | 08 Civ 04071 (RGS) (GAY) |
| EMI Group PLC, et al. | 08 Civ 07351 (RGS) (GAY) |
| | ORDER |

-------------------------------------

**RICHARD G. STEARNS, United States District Judge.**[1]

    NOTICE of Hearing on Motions: [44] MOTION to Dismiss, [115] MOTION to Compel (found on Docket 7:08-cv-0515-RGS); [67] MOTION to Dismiss, [178] MOTION to compel (found on Docket 7:08-cv-04068-RGS); [27] MOTION to Dismiss, [82] MOTION to Compel (found on Docket 7:08-cv-04070-RGS); [51] MOTION to Dismiss, [92] MOTION to Compel(found on Docket 7:08-cv-04071-RGS)

Motion Hearing set for 1/26/2010 at 10:00 AM in COURTROOM 6A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, NEW YORK, NY 10007, before Judge Richard G. Stearns.

    SO ORDERED

Dated:
December 9, 2009

_/s/ Richard G. Stearns_

---

[1] Of the District of Massachusetts, sitting by designation

                    **Richard G. Stearns**
                    **United States District Judge**