UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V.** and **U.S. PHILIPS CORPORATION,**  Plaintiffs,  v.  **CINRAM INTERNATIONAL INC., et al.**  **THE ADS GROUP, et al.**  **ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC, et al.**  **OPTICAL EXPERTS MANUFACTURING INC., et al.**  Defendants. | Civil Action Nos.  08 CV 00515 (RGS)  08 CV 04068 (RGS)  08 CV 04070 (RGS)  08 CV 04071 (RGS)  ECF Cases |

### NOTICE OF PHILIPS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS

NOTICE IS HEREBY GIVEN that on a date set by the Honorable Richard G. Stearns of the above-referenced Court, sitting by designation, Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively, "Philips") will and hereby does move for an Order pursuant to Fed. R. Civ. P. 15(a) granting Philips leave to file the Second Amended Complaints attached as exhibits to the accompanying Memorandum of Law.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, and on such additional arguments and evidence as may be presented to the Court at or prior to the hearing on this motion.

Date:  March 30, 2010

/s/ Samuel C. Bass
Vince P. Kovalick (*pro hac vice*)
John F. Hornick (*pro hac vice*)
Samuel C. Bass (*pro hac vice*)
Alicia Meros Carney (*pro hac vice pending*)

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Tel: (202) 408-4000
Fax: (202) 408-4400

Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*

CERTIFICATE OF SERVICE

     I hereby certify that on March 30, 2010, a copy of the foregoing **NOTICE OF PHILIPS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS** was served by email on the following attorneys for Defendants, addressed as follows:

>Ivan S. Kavrukov
>ikavrukov@cooperdunham.com
>William E. Pelton
>wpelton@cooperdunham.com
>Tonia A. Sayour
>tsayour@cooperdunham.com
>Gregory J. Carbo
>gcarbo@cooperdunham.com
>Cooper and Dunham, LLP
>30 Rockefeller Plaza
>New York, New York 10112

                                        */s/ Jennifer Hibner-Spencer*
                                        Jennifer Hibner-Spencer, Paralegal