IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | |
| v. | Civil Action Nos. |
| CINRAM, et al., | 08CV0515 (RGS) |
| THE ADS GROUP, et al.. | 08CV4068 (RGS) |
| ENTERTAINMENT DISTRIBUTION COMPANY (USA) LLC, et al., and | 08CV4070 (RGS) |
| | 08CV4071 (RGS) |
| OPTICAL EXPERTS MANUFACTURING INC., et al. | |
| Defendants. | ECF Case |

**DEFENDANTS' REQUEST FOR MARKMAN DETERMINATION
OF REMAINING DISPUTED TERMS**

Pursuant to D. Mass Local Rule 16.6, S.D.N.Y. Local Rule 6.3, and the Court's May 4, 2010 Memorandum and Order on Claim Construction (08cv0515 Dkt. #164), Defendants respectfully request a Markman Determination of Disputed Claim Terms that were not construed in the Court's May 4, 2010 Order. A list of these terms as well as the parties' respective proposed constructions are attached hereto as Appendix 1. The meaning of these claim terms, which are relevant to Defendants' Non-Infringement, Invalidity and Unenforceability Contentions, filed on August 14, 2009 (08cv0515 Dkt. # 122), are in controversy. Accordingly, Defendants respectfully request that the Court issue a Markman Determination of these remaining disputed claim terms in due course.

Date: May 18, 2010                           Respectfully submitted,

  /s/ Ivan Kavrukov
Ivan Kavrukov
William E. Pelton
Tonia A. Sayour
Gregory J. Carbo
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-7550
ikavrukov@cooperdunham.com
wpelton@cooperdunham.com
cdunham@cooperdunham.com
tsayour@cooperdunham.com
gcarbo@cooperdunham.com

Attorneys for defendants

CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of May, 2010, a copy of the foregoing DEFENDANTS' REQUEST FOR MARKMAN DETERMINATION OF REMAINING DISPUTED TERMS was served by email and first class mail, postage pre-paid, on the following attorneys for plaintiffs, addressed as follows:

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

    /s/ Gregory J. Carbo
    Gregory J. Carbo

# APPENDIX 1

| Claim Term | Philips' Construction | Defendants' Construction |
|---|---|---|
| "planar surfaces" | Relatively flat surfaces. | The flat surfaces of the substrate. |
| "tracks" | Rings or a spiral of depressions and intermediate areas. | Rings or a spiral of depressions (defined below) and intermediate areas (defined below) on one of the flat surfaces of the substrate. |
| "beam of radiation" | Directed stream of radiation within a predetermined frequency range. | A beam of radiation such as light. |
| "depressions" | Regions situated at a different level than the intermediate areas. | Deliberate dips or dimples into one of the flat surfaces of the substrate (rather than any inadvertent surface irregularities). |
| "intermediate areas" | Areas situated at a different level than the depressions. | Track lengths that contain no deliberate depressions. |
| "optical structure" | The structure that represents the information on the disc. | The tracks plus a reflective layer. |
| "radiation reflecting" | Reflects the radiation | An optical structure that reflects radiation. |
| "additional layer" | Another layer. | A layer that is above the optical structure and through which no radiation passes. |