UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Koninklijke Philips Electronics N.V., et al.,
Plaintiffs,

-against-

| | |
|---|---|
| Cinram International Inc., et al. (RGS) | 08 Civ 00515 |
| EMI Group PLC, et al. (RGS) | 08 Civ 07351 |
| Optical Disc Solutions, Inc. et al. (RGS) | 10 Civ 01635 |

ORDER CLOSING CASES

---

RICHARD G. STEARNS, United States District Judge.[1]

Because of the lack of litigation activity in each of the related, above-captioned matters, the court orders the Clerk to close these cases.

SO ORDERED.

Dated: December 6, 2022

*[signature]*
United States District Judge

---

[1] Of the District of Massachusetts, sitting by designation.